



## MEMORANDUM OPINION

No. 04-11-00679-CV

In the Interest of **A.M.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01875
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  January 25, 2012

AFFIRMED, MOTION TO WITHDRAW GRANTED

Appellant appeals the trial court's order terminating her parental rights to A.M. Appellant's court-appointed appellate counsel has filed a brief containing a professional evaluation of the record, and demonstrating there are no arguable grounds to be advanced. Counsel has also filed a motion to withdraw. In this motion, counsel certifies that appellant was served a copy of the brief, and was advised of her right to file a pro se brief. Appellant has not filed a pro se brief.

Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental

rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). After reviewing the record and counsel's brief, we agree that this appeal is frivolous and without merit. Finding nothing in the record that might arguably support an appeal, we affirm the termination order, and grant counsel's motion to withdraw. *See In re R.R.*, 2003 WL 21157944, at \*4; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.).

Karen Angelini, Justice